UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ORLANDO RODRIGUEZ,<br>         Petitioner,<br>  v.<br>M. D. BITER,<br>         Respondent. | No. CV 13-3437-R (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: August 21, 2013

_____
MANUEL L. REAL
United States District Judge