UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ORLANDO RODRIGUEZ,<br><br>    Petitioner,<br><br>  v.<br><br>M. D. BITER,<br><br>    Respondent. | No. CV 13-3437-R (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED:  August 21, 2013                    _____
                                                   MANUEL L. REAL
                                         United States District Judge